IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JONATHAN M. VANCE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 24-3215-JWL |
| | ) | |
| C. CARTER, Warden, FCI-Leavenworth, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

## MEMORANDUM AND ORDER OF DISMISSAL

This matter comes before the Court on a *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2241 filed by a federal prisoner imprisoned within this district at FCI-Leavenworth.  For the reasons set forth below, the Court **dismisses the petition for lack of jurisdiction**.

As his sole claim, petitioner states and provides evidence that a detainer was lodged against him by the prosecuting attorney in Benton County, Arkansas, for an alleged theft of property; that his warden passed along his request to that prosecutor, pursuant to the Interstate Agreement on Detainers Act (IADA), that action be taken on the detainer; that as a result the detainer was eventually removed at the request of the prosecutor; and that the prosecutor told petitioner's representative that any charges would be addressed after petitioner had completed his federal sentence.  Petitioner requests as relief that all charges pending against him in Benton County, Arkansas, be dismissed with prejudice.

This Court lacks the power to grant such a request, however, as it may act only within its own jurisdiction. *See* 28 U.S.C. § 2241(a). Petitioner has provided evidence that the detainer against him lodged with his present custodian has now been removed, and he has not explained how the administration of his federal sentence may yet be affected. Nor does he request any relief from respondent (his present custodian) or the federal Bureau of Prisons (BOP). He has only requested that charges in Arkansas be dismissed, but this Court lacks jurisdiction to make any order respecting proceedings in a state court outside this judicial district. Accordingly, the Court dismisses the petition.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed for lack of jurisdiction**.

IT IS SO ORDERED.

Dated this 4th day of December, 2024, in Kansas City, Kansas.

 /s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge